**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:  Zackery R. Alolabi v. Thomas J. Chretien and Michel Meyer

Appellate case number:  01-20-00761-CV

Trial court case number:  2015-00147

Trial court:  334th District Court of Harris County

The motion for reconsideration en banc is **denied**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
                          Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Malloy, Guerra, and Farris.

Date:  __October 11, 2022_____